IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 FEB 18 PM 1:57

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANE MARTIN.

    Defendants.

4:26CR 3015

INDICTMENT
18 U.S.C. §§ 922(d)(1) and 924(a)(8)

The Grand Jury charges that

## COUNT I

On, about, or between March 11, 2024, and July 18, 2024, in the District of Nebraska, Defendant SHANE MARTIN, knowingly disposed of or sold a firearm, that is, a Taurus Tracker Revolver, to DAKOTA HANCOCK, knowing and having reasonable cause to believe that DAKOTA HANCOCK had been convicted of a crime punishable by imprisonment for a term exceeding one year,

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

## COUNT II

On, about, or between July 7, 2024, and July 18, 2024, in the District of Nebraska, Defendant SHANE MARTIN, knowingly disposed of or sold a firearm, that is, a Taurus Judge Revolver, to DAKOTA HANCOCK, knowing and having reasonable cause to believe that DAKOTA HANCOCK had been convicted of a crime punishable by imprisonment for a term exceeding one year,

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
CHRISTOPHER J. HARROUN, #26800
Assistant U.S. Attorney